All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES MARTIN, Appellant, against WALTER B. MARTIN, as Warden of Clinton Prison, Respondent.—

All concur.

·FRED CLAY, Appellant, v. EDGAR MONINGTON et al., Respondents.—

All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAROLD BERG STUBKJAER, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.—